UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRITH MALIN** | **CIVIL ACTION NO. 2016-16465** |
| **VERSUS** | **JUDGE:  LEMELLE** |
| **ORLEANS PARISH COMMUNICATIONS DISTRICT** | **MAG:  ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes FRITH MALIN, Plaintiff in the above captioned matter, who supplements and amends her original Complaint with Jury Demand, which was filed on November 18, 2016 and served on Defendant on December 2, 2016, and her First Supplemental and Amending Complaint, which was filed on December 9, 2016, as follows:

1.

Plaintiff hereby incorporates Paragraphs 1-39 of her original Complaint, and her entire First Supplemental and Amending Complaint, as though fully stated herein.

2.

Plaintiff desires to supplement and amend her original Complaint and First Supplemental and Amending Complaint, to reflect that subsequent to the filing of the First Supplemental and Amending Complaint, the EEOC withdrew its Dismissal and Notice of Right to Sue issued on December 2, 2016, but then re-issued a new Notice of Right to Sue on February 6, 2017.  Plaintiff therefore adds Paragraph 48-51, as follows:

1

**48.**

On December 20, 2016, following the issuance of its December 2, 2016 Notice of Right to Sue and Plaintiff's filing of her First Supplemental and Amending Complaint, the EEOC sent a letter to Plaintiff, revoking the previously issued Notice of Right to Sue and advising Plaintiff that the "Commission would reconsider its determination previously issued regarding this charge of discrimination." A copy of the letter of December 20, 2016 from the EEOC is attached hereto and made a part hereof by reference as Exhibit "A".

**49.**

On that same date of December 20, 2016, the EEOC sent a second letter to Plaintiff, informing her that her request for a Notice of Right to Sue had been forwarded to the U.S. Department of Justice ("DOJ") for action, and that the DOJ would act on her request and issue a notice directly to Plaintiff. A copy of the second letter of December 20, 2016 from the EEOC is attached hereto and made a part hereof by reference as Exhibit "B".

**50.**

Thereafter, on February 6, 2017, the DOJ sent a letter to Plaintiff, stating in relevant part that Plaintiff could proceed with the filing of a civil action, for the reasons "the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because [Plaintiff has] …specifically requested this Notice…" The letter further informed Plaintiff that if she chose to commence a civil action, it must be filed in the appropriate Court within 90 days of her receipt of notice. A copy of the DOJ letter of February 6, 2017 is attached hereto and made a part hereof by reference as Exhibit "C".

**51.**

Plaintiff is therefore entitled to pursue her claim for retaliation pursuant to 42 U.S.C. § 2000e, *et seq*, and she is entitled to the damages that she has sustained as a result of the retaliation, which damages have been described in Paragraph 38 of her original Complaint, and to the additional damages of statutory/punitive damages as provided for by statute.

W**HEREFORE**, premises considered, Plaintiff, Frith Malin, prays, that after trial by jury, there be judgment herein, in Plaintiff's favor and against Defendant, Orleans Parish Communications District, for all damages that Plaintiff has sustained as a result of the actions described in the original Complaint, the First Supplemental and Amending Complaint, and this Second Supplemental and Amending Complaint, together with attorney fees, costs, judicial interest, statutory/punitive damages, and all other legal and equitable relief to which she may be entitled.

Respectfully submitted,

*/s/ Lisa Brener*_____
Lisa Brener (La. Bar No. 1809)
Brener Law Firm, LLC
3640 Magazine St.
New Orleans, LA  70115
(504)302-7802
lbrener@brenerlawfirm.com
*Attorney for Frith Malin*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 6th day of March, 2017, a true and correct copy of the foregoing was forwarded to the following via the Court's CM/ECF system:

Rachel S. Kellogg
Schafer & Schafer
328 Lafayette Street
New Orleans, LA 70130
rkellogg@schafer-law.com

>                                             */s/ Lisa Brener*_____
>                                             Lisa Brener