## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRITH MALIN** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-16465** |
| **ORLEANS PARISH COMMUNICATIONS DISTRICT** | **SECTION: "B*++++" (4)** |

### ORDER

Before the Court is the Plaintiff's **Motion for Leave to File Third Supplemental and Amending Complaint (R. Doc. 24)** seeking leave of the Court to file her Third Supplemental and Amending Complaint, to allege with specificity the incidents which she alleges she reasonable believed constitute sexual harassment by creating a sexually hostile work environment for the female employees of the OPCD at the time that she was Deputy Director of the OPCD. The motion is unopposed. R. Doc. 27.

"Rule 15(a) requires a trial court 'to grant leave to amend freely,' and the language of this rule 'evinces a bias in favor of granting leave to amend.'" *Jones v. Robinson Prop. Grp.*, 427 F.3d 987, 994 (5th Cir. 2005) (internal quotations marks omitted) (quoting *Lyn–Lea Travel Corp. v. Am. Airlines*, 283 F.3d 282, 286 (5th Cir.2002)). When denying a motion to amend, the court must have a "substantial reason" considering such factors as "'undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party ...and futility of the amendment.'" *Marucci Sports, LLC v. Nat'l Collegiate Athletic Ass'n*, 751 F.3d 368, 378 (5th Cir. 2014) (quoting *Jones*, 427 F.3d at 994).

Here, the Plaintiff's motion for leave to amend was timely filed. Moreover, the motion is unopposed. R. Doc. 27. Given the liberal standard espoused by Rule 15 and that the Court

sees no substantial reason to deny the motion, the Court grants the motion for leave to file an amended and supplemental complaint.

Accordingly,

**IT IS ORDERED** that the Plaintiff's **Motion for Leave to File Third Supplemental and Amending Complaint (R. Doc. 24)** is **GRANTED.**

New Orleans, Louisiana, this 12st day of April 2017.

_____
**KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE**