UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FRITH MALIN**                                                                    **CIVIL ACTION**

**VERSUS**                                                                          **NO. 16-16465**

**ORLEANS PARISH COMMUNICATIONS DISTRICT**              **SECTION "B"(4)**

### JUDGMENT

Considering that this Court granted Defendant Orleans Parish Communications District's Motions to Dismiss in the above captioned matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant Orleans Parish Communications District and against Plaintiff Firth Malin.

New Orleans, Louisiana, this 5th day of June, 2017.

_____
SENIOR UNITED STATES DISTRICT JUDGE