UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**FRITH MALIN**                                          **CIVIL ACTION NO. 2016-16465**

**VERSUS**                                                   **JUDGE: LEMELLE**

**ORLEANS PARISH COMMUNICATIONS**    **MAG: ROBY**
**DISTRICT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Frith Malin, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, appeals to the United States Court of Appeal for the Fifth Circuit, from the Order and Reasons granting Defendant's "Motion to Dismiss for Failure to State a Claim" (Doc. 11); Defendant's "Motion to Dismiss for Failure to State a Claim in Original, First and Second Supplemental and Amending Complaint" (Doc. 18); and Defendant's "Motion to Dismiss for Failure to State a Claim in Original, First, Second and Third Supplemental and Amending Complaint" (Doc. 30).

Submitted this 9th day of June, 2017

                Respectfully submitted,

                  /s/ Lisa Brener_____
                Lisa Brener, T.A. (#1809)
                Brener Law Firm, LLC
                3640 Magazine Street
                New Orleans, LA  70115
                (504) 302-7802
                lbrener@brenerlawfirm.com

                *Attorneys for Plaintiff, Frith Malin*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of June, 2017, a copy of the foregoing Notice of Appeal was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Rachel S. Kellogg
Schafer & Schafer
328 Lafayette Street
New Orleans, LA 70130
rkellogg@schafer-law.com

                                                            /s/ Lisa Brener
                                                            Lisa Brener