IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 17-30490

---

D.C. Docket No. 2:16-CV-16465

United States Court of Appeals
Fifth Circuit
**FILED**
February 15, 2018
Lyle W. Cayce
Clerk

FRITH MALIN,

    Plaintiff - Appellant

v.

ORLEANS PARISH COMMUNICATIONS DISTRICT,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana

Before REAVLEY, SMITH, and OWEN, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Mar 09, 2018**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**